IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:17CR207 |
| Plaintiffs, | |
| vs. | ORDER |
| ALFREDO VALQUIER, | |
| Defendant. | |

Before the court is the government's Motion to Continue Suppression Hearing [62]. The defendant has no objection. Good cause being shown, the motion will be granted and the hearing on the Motion to Suppress [60] will be continued.

**IT IS ORDERED:**

1. That the government's Motion to Continue Suppression Hearing [62] is granted; and

2. The evidentiary hearing on the Motion to Suppress [60] is continued to September 21, 2017 at 9:30 a.m. before Magistrate Judge Michael D. Nelson in Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

3. Since this is a criminal case, the defendant must be present.

Dated this 8th day of September, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge