# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALFREDO VALQUIER,<br><br>　　　　　　Defendant. | 8:17CR207<br><br>**ORDER** |

This matter is before the Court on the magistrate judge's[1] October 2, 2017, Findings and Recommendation (Filing No. 70), recommending the Court deny defendant Alfredo Valquier's Motion to Suppress Evidence (Filing No. 60). Neither party has objected to the Findings and Recommendation within the time permitted. *See* 28 U.S.C. § 636(b)(1)(C).[2] The Court finds the magistrate judge's findings and recommendation should be accepted and the Motion to Suppress denied. Accordingly,

　IT IS ORDERED:
　1. The magistrate judge's Findings and Recommendation (Filing No. 70) are accepted.
　2. The Motion to Suppress (Filing No. 60) is denied.

　Dated this 17th day of October, 2017.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ *Robert F. Rossiter, Jr.*
　　　　　　　　　　　　　　　　　United States District Judge

---

[1] The Honorable Michael D. Nelson, United States Magistrate Judge for the District of Nebraska.

[2] Although the Court is only required to make a "de novo determination of those . . . findings or recommendations to which objection is made," *id*., the Court has reviewed the record and agrees with the magistrate judge's recommendation.