IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR207 |
| vs. | |
| ALFREDO VALQUIER, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Carlos Alberto Valquier's ("Valquier") Motion to Proceed In Forma Pauperis (Filing No. 191) on appeal and his attorney Travis Penn's ("Penn") Motion to Withdraw as Counsel and Motion to Appoint Counsel (Filing No. 194).

Valquier has previously attached a financial affidavit (Filing No. 15), and his Notice of Appeal (Filing No. 193) claims an entitlement to redress and states the issues he intends to present on appeal. *See* Fed. R. App. P. 24(a)(1). Valquier may proceed with his appeal in forma pauperis.

Motions for withdrawal and appointment of counsel should be filed with the Eighth Circuit Court of Appeals. *See* 8th Cir. R. 27B(a). Penn's Motion to Withdraw as Counsel and Motion to Appoint Counsel is denied. Accordingly,

IT IS ORDERED:
1. The Motion to Proceed In Forma Pauperis (Filing No. 191) is granted.
2. The Motion to Withdraw as Counsel and Motion to Appoint Counsel (Filing No. 194) is denied without prejudice.

Dated this 22nd day of March, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge